UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-80577-CIV-MARRA

PALM PARTNERS, LLC, a Florida
limited liability company,

    Plaintiff,

v.

NETNAMES A/S f/k/a SPEEDNAMES A/S,
a foreign entity,

    Defendant.
_____/

## **JUDGMENT**

This cause is before the Court upon its Order granting Plaintiff's Motion for Final Default Judgment (DE 11).

Judgment is hereby entered in favor of Plaintiff Palm Partners, LLC and against Defendant Netnames A/S, formerly known as Speednames A/S. Plaintiff shall recover the total sum of $16,500 from Defendant, plus post judgment interest at the applicable rate of 2.25% per annum, for which let execution issue.

The Clerk shall **CLOSE** this case. Any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of May, 2018.

_____
KENNETH A. MARRA
United States District Judge